HERBERT CECIL PELLY, Respondent, *v.* ANDREW J. ROBINSON, Impleaded, etc., Appellant.*

(Argued March 8, 1894 ; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 18, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Eugene H. Pomeroy* for appellant.

*Lucien Birdseye* for respondent.

Agree to reverse and grant new trial on authority of *Pelly* v. *Naylor* (139 N. Y. 598).
All concur.
Judgment reversed.

---

WILLIAM SUTTON, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 8, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*John M. Gardner* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

* Reported on former appeal, 139 N. Y. 598.